# EXHIBIT A

FILED BY CLERK
KS. DISTRICT COURT
THIRD JUDICIAL DIST.
TOPEKA, KS

2009 DEC 16 P 3: 42

GARY E. LAUGHLIN #7118
HAMILTON, LAUGHLIN, BARKER,
   JOHNSON & WATSON
3649 SW BURLINGAME RD.
TOPEKA, KS 66611
785-267-2410
785-267-2942 (Fax)

IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS
DIVISION 12

| | |
|---|---|
| TIMOTHY R. RANGEL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09 C 1950 |
| HALLMARK CARDS, INCORPORATED, | ) |
| Defendant. | ) |

**PETITION**
(Pursuant to Chapter 60 K.S.A.)

COMES NOW the Plaintiff and for his cause of action against the Defendant alleges and states as follows:

1. That the Plaintiff is a resident of Topeka, Shawnee County, Kansas.

2. That the Defendant, Hallmark Cards, Incorporated, is a Missouri corporation duly authorized and existing under and by virtue of the laws of the State of Kansas, and may be served with process by serving its resident agent, The Corporation Company, Inc., 515 S. Kansas Ave., Topeka, Kansas 66603.

3. That at all times mentioned herein and material hereto, the Plaintiff was employed by the Defendant at the Hallmark Cards, Inc., Topeka, Kansas; that on or about November 2, 2009, the Plaintiff was wrongfully and illegally terminated from his employment by Defendant;

1

that Plaintiff's employment with Defendant was terminated for the sole reason that he suffered a workers compensation injury while working for Defendant, and that he filed and continued to pursue a workers' compensation claim against Defendant; that Plaintiff's termination was in retaliation for his suffering an on-the-job injury while working for Defendant and filing a workers' compensation claim.

4. That as a direct and proximate result of the Defendant's wrongful conduct in terminating the Plaintiff, the Plaintiff has been caused to suffer damages in excess of $75,000.00.

WHEREFORE, Plaintiff prays for judgment against the Defendant for a sum in excess of $75,000.00, together with the costs of this action and such other and further relief as the Court deems just and proper.

GARY H. LAUGHLIN   #7118
HAMILTON, LAUGHLIN, BARKER,
JOHNSON & WATSON
3649 SW Burlingame Rd.
Topeka, KS 66611
(785) 267-2410
(785) 267-2942 (FAX)
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

COMES NOW the plaintiff and demands a trial by jury on all of the issues in the above-captioned case.

*[signature]*

GARY E. LAUGHLIN   #7118
HAMILTON, LAUGHLIN, BARKER,
JOHNSON & WATSON
3649 SW Burlingame Rd.
Topeka, KS  66611
(785) 267-2410
(785) 267-2942  (FAX)
Attorneys for Plaintiff

3